**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS, LOCAL NO. 27, A. F. L.**

No. 15019.

United States Court of Appeals
Eighth Circuit.
March 18, 1954.

David P. Findling, Associate General Counsel, National Labor Relations

Board, and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Clif Langsdale and John J. Manning, Kansas City, Mo., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.